Your Honor,

Yesterday, we were sent to recess during the testimony of Mrs. Hohenson after the plaintiff objected to the publishing of phone records submitted by the defense. We were not told to disregard any mention of phone records, nor were we given a reason for the recess upon returning to the courtroom. Are we allowed to consider these supposed phone records between the plaintiff and defendant during our deliberations?

Sincerely,

███████████

Jury foreperson



COURT'S
EXHIBIT NO. A
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2/7/25

Jurors,

Testimony regarding the phone records was allowed. The exhibit of the phone records was not received in evidence. You are referred to the what is evidence, what is not evidence, and credibility of witnesses jury instructions

Judge Adrienne Nelson



COURT'S
EXHIBIT NO. A
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2/7/25

Your Honor,
would one party breaking a contract release the other party from its terms, even if the other party is unaware that the contract has been breached?

Sincerely,

▬▬▬▬▬▬▬▬▬▬

Jury Foreperson


Jurors,
   If a party has breached a contract, you are referred to the breach of contract jury instruction.

Judge Adrienne Nelson

COURT'S
EXHIBIT NO. B
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2/7/25