UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

VIRGILIO CARVAJAL,                   Case No. 3:22-cv-00678-AN

         Plaintiff,

    v.

CAL FARMS, INC.,                      VERDICT

         Defendant.

VERDICT | 1

We, the jury, being first duly empaneled and sworn in the above-entitled case do unanimously find as follows:

**Migrant and Seasonal Agricultural Worker Protection Act ("AWPA") Claim**

1. Did Defendant violate any terms of the working arrangement with Plaintiff under the AWPA in 2019?

    YES: √    NO: _____

2. Did Defendant violate any terms of the working arrangement with Plaintiff under the AWPA in 2020?

    YES: √    NO: _____

**Breach of Contract Claim**

3. Did Defendant breach a contract with Plaintiff in 2019?

    YES: √    NO: _____

4. Did Defendant breach a contract with Plaintiff in 2020?

    YES: _____    NO: √

VERDICT | 2

**Discrimination in Making and Enforcing Contracts Claim (42 U.S.C. § 1981)**

5.  Did Defendant discriminate against Plaintiff in 2019 by preventing him from making or enjoying a benefit of a contract?

    YES: ✓    NO: ___

6.  Did Defendant discriminate against Plaintiff in 2020 by preventing him from making or enjoying a benefit of a contract?

    YES: ___    NO: ✓

If you answered "Yes" to Questions 3 or 4, you may only award Plaintiff damages for lost wages. If you answered "Yes" to Questions 1, 2, 5 or 6, then you may award Plaintiff damages for lost wages and pain and suffering.

Lost Wages Damages $ $17,712

Pain and Suffering Damages $ $190,000

Please have your presiding juror sign and date this verdict form and notify the bailiff that you have reached a verdict.

DATED this 7th day of February, 2025.

_____
Presiding Juror

VERDICT | 3