IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VIRGILIO CARVAJAL, | Case No.: 3:22-cv-00678-AN |
| Plaintiff, | |
| v. | |
| CAL FARMS, INC., | JUDGMENT |
| Defendant. | |

Based on the February 7, 2025, Jury Verdict, ECF [88],

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of plaintiff Virgilio Carvajal against defendant Cal Farms, Inc. Plaintiff shall recover from defendant seventeen thousand, seven hundred twelve dollars ($17,712.00) in lost wages damages, and one hundred ninety thousand dollars ($190,000.00) in pain and suffering damages.

Plaintiff may seek pre-judgment interest, attorney fees and costs after entry of judgment, within the time required by law, lawfully stipulated to by the parties, or otherwise ordered by the Court.

DATED this 18th day of February, 2025.

_Adrienne E. Nelson_
Adrienne Nelson
United States District Judge