IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VIRGILIO CARVAJAL,<br><br>        Plaintiff,<br><br>    v.<br><br>CAL FARMS, INC.,<br><br>        Defendant. | Civil No.: 3:22-cv-00678-AN<br><br>NOTICE OF SETTLEMENT |

      Pursuant to LR 41-1, Plaintiff hereby provides notice of settlement, and requests that "the Court . . . direct the clerk to dismiss the case with prejudice" without costs or fees to either party, "and with rights to any party to reopen the case in the event of a failure to consummate the final settlement agreement within 60 days." LR 41-1(c).

Respectfully submitted this 9th day of June, 2025.

                                                s/ Alex Boon
                                                Alex Boon, OSB #195761
                                                alex@nwjp.org
                                                Northwest Workers' Justice Project
                                                310 SW Fourth Ave, Suite 320
                                                Portland, Oregon 97204
                                                Telephone: (503) 525-8454
                                                Fax: (502) 946-3029
                                                *Of attorneys for Plaintiff*

PAGE 1 — NOTICE OF SETTLEMENT