Alex Boon, OSB #195761
alex@nwjp.org
Northwest Workers' Justice Project
310 SW Fourth Ave, Suite 320
Portland, Oregon 97204
Telephone: (503) 525-8454
Fax: (502) 946-3029
*Of attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VIRGILIO CARVAJAL, | Civil No.: 3:22-cv-00678-AN |
| Plaintiff, | SATISFACTION OF JUDGMENT |
| v. | |
| CAL FARMS, INC., | |
| Defendant. | |

On February 18, 2025, the Court entered a judgment in this matter in favor of Plaintiff Virgilio Carvajal against Defendant Cal Farms, Inc., in the amount of $17,712.00 in lost wages damages, and $190,000.00 in pain and suffering damages. ECF 94. The judgment has been fully satisfied.

Respectfully submitted this 8th day of July, 2025.

s/ Alex Boon<br>
Alex Boon, OSB #195761<br>
alex@nwjp.org

PAGE 1 — SATISFACTION OF JUDGMENT

Northwest Workers' Justice Project
310 SW Fourth Ave, Suite 320
Portland, Oregon 97204
Telephone: (503) 525-8454
Fax: (502) 946-3029
*Of attorneys for Plaintiff*

PAGE 2 — SATISFACTION OF JUDGMENT